1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Magistrate Case No.: **20-MJ-2269** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATIONS OF: Title 18, U.S.C. § 2252(a)(2) – Distribution of Images of Minors Engaged in Sexually Explicit Conduct |
| v. | |
| PAUL TORRES, | |
| Defendant. | |

The undersigned Complainant, being duly sworn, states:

## COUNT ONE

On or about June 8, 2020, within the Southern District of California, defendant PAUL TORRES, did knowingly distribute visual depictions, that is digital and computer images, using a means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*SA Micah Spooner-Wyman*
_____
Micah Spooner-Wyman, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. Proc. 4.1 by telephone on this 11th day of June, 2020.

*Daniel E. Butcher*
_____
HONORABLE DANIEL E. BUTCHER
United States Magistrate Judge

## STATEMENT OF FACTS

I am a Special Agent (SA) with Homeland Security Investigations (HSI) and have been since October 2010. I am currently assigned to the Resident Agent in Charge Office in Oceanside, California, where I primarily investigate crimes concerning child exploitation and the receipt, possession, production, advertisement, and transmission of child pornography. My experience as an agent with HSI has included the investigation of cases involving the use of computers and the Internet to commit crimes. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer crimes, computer evidence identification, child pornography identification, computer evidence seizure and processing, and various other criminal laws and procedures. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the

2

complaint, it does not set forth each and every fact that I or others have learned during the course of this investigation.

On June 8, 2020, SA David Nalley with HSI Chattanooga, Tennessee, and other Internet Crimes Against Children task force personnel were monitoring users in an online messaging group who were discussing child exploitation material. One of the users shared three images depicting child exploitation. One of the images depicted an adult male hand with his finger in the anus of a prepubescent male believed to be around 2-3 years old.

Later in the same group chat, the same user shared two additional images, depicting a prepubescent male, believed to around 4-5 years old, with an adult male penis hovering over the boy and urinating on him. Additionally, this user also shared a video depicting a prepubescent female, believed to be approximately 2-3 years old, lying face down on a bed with her diaper pulled back. An adult male is also depicted, ejaculating on the female child's buttocks and vagina, and the adult male was using his hand to spread apart her buttocks revealing her anus and vagina to the camera.

SA Nalley invited the user to a private group. In a private message to SA Nalley, the user asked SA Nalley if he had any "hurtcore." Based on my training and experience, I know that "hurtcore" constitutes images and videos of children engaged in violent sexual acts that focus on inflicting pain during the sexual activity, and also involve acts depicting humiliation, including urination and scat.

Based on the above information, SA Nalley submitted an emergency disclosure request to the free messaging application requesting information about the user. The free messaging application responded and provided IP logs used by the individual SA Nalley observed on the free messaging application. A subsequent request was made to the Internet Service Provider (ISP) of the IP address requesting subscriber information. The ISP identified the subscriber as a business located in the Southern District of California.

3

Other IP addresses used by this user resolved back to a residence in Imperial Beach California, and in the Baja California area of Mexico. Using this information, I was able to identify PAUL TORRES as the possible user of the account that distributed the images and videos identified above.

Based on the investigation, a federal search warrant was obtained for TORRES' person and vehicle. On June 11, 2020, federal law enforcement agents executed the search warrant and recovered an Apple iPhone, Apple watch, Apple iPad, Apple iPod and a Nintendo game system. These items were seized, and a forensic examination of these devices is ongoing.

During the execution of the search warrant, Special Agent Ed Coderes and I made contact with TORRES. He was advised of his *Miranda* rights, and agreed to waive those rights and speak to us. TORRES admitted he was the user in the free messaging application described above and admitted that he distributed images and videos depicting child pornography. TORRES maintains he only engaged in the sharing of child pornography images and videos in an effort to identify and expose others who were also interested in the same content.

Based on my training and experience, I know that the free messaging application TORRES used requires the use of cellular networks and the internet, which are means and facilities of interstate and foreign commerce.

4